UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KELVIN MOSES** | * | **CIVIL ACTION NO. 2:15-cv-2765** |
| D.O.C. # 60026 | * | |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **GEO ET AL** | * | **MAGISTRATE JUDGE KAY** |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Moses' civil rights complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 7 day of July, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE